From: John Madachik <madachik@icloud.com>
Subject: Fwd: Documents-Contract Transport Services
Date: June 19, 2017 at 12:18:50 PM EDT
To: Bill Madachik <ctsohio@hotmail.com>, John Madachik <madachick@me.com>, Sherri Dahl <sdahl@dahllawllc.com>

Begin forwarded message:

**From:** Kristopher Sweed <kjsweed@yahoo.com>
**Date:** May 11, 2016 3:22:54 PM
**To:** "Bill M." <ctsohio@hotmail.com>,John Madachik <madachik@icloud.com>
**Subject:** Documents-Contract Transport Services

Hi Bill,
Attached you will find the documents to be signed for $65,000.00 in Working Capital.  The Bank marked in red arrows where you need to sign and initial.  You will need to have one of the forms notarized, but they can fund off a scanned copy.  We will need to send the original via overnight.

Once I receive all signed documents, we can get this funded.  I had every piece of financial information that they requested on file, so this will move quick with signed docs.  Disregard the email below.  All of that information has been submitted and they have already signed off on those items.

Call or email me with any questions

Kris


Good Afternoon Kristopher,

Attached is the contract for funding for Contract Transport Services. Please have the merchant sign the contract and send it to you or to my email or fax: **347-402-1650** along with:

**EXHIBIT T**

**Copy of the last 3 months rent checks**

**Copy of the drivers license**

**Copy of the void check**

**MTD Activity Report**

**Confession of Judgement: (Signed, notarized, overnighted to: Smart Business Funding 2371 McDonald Ave, Brooklyn NY 11223)**

- PB Months
- A/R summary
- P + L  2015
- Tax returns 2014
- Signed No Stack

Please inform the merchant that at any time before funding, Smart Business Funding reserves the right to either withdraw the approval or place the contract on hold for further review at a later time. Reasons include but are not limited to: merchant having a negative business bank account, applicant being late 2 or more months in rent payments, major drop in deposit volume,fraudulent activity, criminal history,merchant trying to fund multiple positions at the same time or within a short time period, merchant recently bouncing on current advance payments, merchant defaulting with advance obligation(s), or for any reason that Smart Business Funding deems fit. Therefore, merchants should be aware that a thorough background check and analysis will be conducted after receiving signed contracts and should allow 24-48 hours for us to make our final funding decision. Merchants should not rely on the funds before we officially declare the funding confirmation. Last, Smart may require additional documentation to complete the final funding analysis.

To discuss further please feel free to contact me at any time.

Thanks,

Anthony Collin
Chief Executive Officer
Smart Business Funding
Office: 888-227-1803
Direct: 917-533-2979
Fax: 347-402-1650

Email: Anthony@SmartBusinessfunder.com

Web: http://www.smartbusinessfunder.com

