From: John Madachik <madachik@icloud.com>
Subject:
Date: June 19, 2017 at 12:28:14 PM EDT
To: William Madachik <ctsohio@hotmail.com>, madachik <madachik@me.com>, Sherri Dahl <sdahl@dahllawllc.com>

Begin forwarded message:

**From:** Kristopher Sweed <kjsweed@yahoo.com>
**Date:** July 08, 2016 3:23:07 PM
**To:** John Madachik <madachik@icloud.com>,"Bill M." <ctsohio@hotmail.com>
**Subject:** Follow up Bankers Network Services

Hello Gentlemen,
I hope all is well. I wanted to follow up and see how everything is going with the business?

I received some emails this week that mentioned CTS was approved for additional Working Capital. The approvals are from Banks that you currently have loans with. They are interested in adjusting the terms, and they would also like to lend you additional capital if needed.

Give me a call at your convenience to further discuss.

Best regards,
Kris


Kristopher J. Sweed

**Bankers Network Services, LLC**


6551 Lockwood Blvd. Suite 3
Boardman OH, 44512
614-441-6596 (Cell Phone)
330-965-0609 (Fax)

**EXHIBIT X**