From: John Madachik <madachik@icloud.com>
Subject: Fwd: Signed Docs Contact Transport Services
Date: June 19, 2017 at 12:29:38 PM EDT
To: Bill Madachik <ctsohio@hotmail.com>, John Madachik <madachick@me.com>, Sherri Dahl <sdahl@dahllawllc.com>

This shows the confusions as we got an advance from New Era, but at the time I was sending stuff to "Smart Business Funding"

Begin forwarded message:

**From:** Kristopher Sweed <kjsweed@yahoo.com>
**Date:** May 15, 2016 6:22:38 PM
**To:** "Bill M." <ctsohio@hotmail.com>,John Madachik <madachik@icloud.com>
**Subject:** Signed Docs Contact Transport Services

Hi Bill,
I hope all is well.  I need the attached form to be signed and notarized.  The bank is requesting that we have this form signed and notarized for legal reasons.  The original did not list Contract Transport Services. Please scan and email me a copy and I will need you to overnight the original copy to:

**Smart Business Funding**
**2371 McDonald Ave, Brooklyn NY 11223**

The Bank is going to issue you a separate wire tomorrow morning for $100.00 to cover the cost of the overnight shipping.

Let me know first thing in the morning if funds are in your account.  If not, they will be wired first thing in the morning.

I hope you enjoyed your weekend.  Call me with any questions

Best regards,
Kris



Kristopher J. Sweed

**Bankers Network Services, LLC**

**EXHIBIT Y**

6551 Lockwood Blvd. Suite 3
Boardman OH, 44512
614-441-6596 (Cell Phone)
330-965-0609 (Fax)