

Are you looking for a strategic way to improve your business without using up a lot of time? Small business funding in Ohio are a great way to accelerate the growth of your business in a much shorter period of time. Without Ohio small business funding, you would need to develop funding on your own, which means that your growth would be directly limited by the amount of earnings you make in a given month.

## Small Business Funding in Ohio

If you're looking for an alternative to business funding, consider small business funding. Ohio businesses are always in need of additional funding or a secondary revenue stream for new opportunities in the market. Consider the reasons below to get your very own small business loan and grow your company.

Does Your Business Need Capital?

**APPLY TODAY**

FULL NAME *

COMPANY

EMAIL *

PHONE *

GROSS MONTHLY SALES *

Not in Business Yet

Please enter any two digits *

Example: 12

SUBMIT

**RECENT POSTS**



Business Energy Contracts: Choosing The Right One For Your Business by Lynne Lycett
June 22, 2017



How Personal and Business

**EXHIBIT II**