

Funding By State | About Us | How it Works | Industries | Partners | Contact Us | Blog | APPLY

**ELECTRONICS STORE BUSINESS FUNDING** | **HOTEL & MOTEL BUSINESS FUNDING** | **PLUMBING SMALL BUSINESS FUNDING**

  

**FURNITURE STORE BUSINESS FUNDING** | **GIFT SHOP BUSINESS FUNDING** | **CONSTRUCTION BUSINESS FUNDING**

## TESTIMONIALS

"I'm a contractor and needed $250,000 to get some new equipment for a new job. Smart Business Funding helped me get the cash I needed and at a very competitive rate. I will definitely use them again."

**RICK J.** - DIGGER, INC.



### Download Application Form

Download our Application form and get your funding process started!

**DOWNLOAD**

EXHIBIT JJ