

## SMART BUSINESS FUNDING IS THE ANSWER



### Your Business Needs Us

We treat you with the utmost respect and confidentiality, like a partner not just a customer. We take great care to learn and understand the specifics working capital needs of your company. While most banks are denying credit to small businesses, we believe in supporting your business, looking at your future prospects, not just your history.

APPLY TODAY!

**EXHIBIT KK**