USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
CONTRACT TRANSPORT SERVICES,
INC. and WILLIAM MADACHIK,

                Plaintiffs,

-against-

NEW ERA LENDING LLC; COLLINS CASH,
INC. dba SMART BUSINESS FUNDING;
SMART BUSINESS FUNDING; DMKA LLC dba
THE SMARTER MERCHANT; MERCHANT
CASH AND CAPITAL LLC dba BIZFI FUNDING
dba BIZFI; PEARL BETA FUNDING, LLC dba
PEARL CAPITAL; BANKERS NETWORK
SERVICES, LLC; and KRISTOPHER SWEED,

                Defendants.

17 Civ. 8224 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 25, 2017, this case was transferred to the Court from the Northern District of Ohio. *See* ECF No. 63. By **November 2, 2017**, the parties shall submit a joint letter to the Court clarifying where the case currently stands. The letter should address the following:

1. The status of Defendants Collins Cash, Inc., Smart Business Funding, and DMKA LLC, who have not appeared;
2. Whether there are any outstanding motions;
3. Whether there are any existing case management plans;
4. What stage of discovery the parties have entered, if at all;
5. Whether transfer to this district affects any motion, plan, or the discovery process;
6. If so, how the parties recommend the Court should proceed; and
7. The prospects for settlement.

SO ORDERED.

Dated: October 26, 2017
       New York, New York

                                     ANALISA TORRES
                            United States District Judge